# Patent Infringement Chart for

# Claim 14 of U.S. Patent No. 8,938,799 By

# Qualcomm's Snapdragon 845, 855, and related releases.

| Infringement Overview | |
|---|---|
| **Infringement Overview**<br><br>Qualcomm Snapdragon 855 SoC and related releases | The Qualcomm SPU is a single-chip hardware module implemented as a sub-chip in the Qualcomm® Snapdragon™ 855 SoC. From the validation perspective, the Qualcomm SPU is configured as a single chip hardware module. The Qualcomm SPU is an isolated hardware security core implemented in the Qualcomm Snapdragon 855 SoC. It's functionally similar to discrete smartcard Secure ICs used for high-assurance applications such as UICC and data user protection. As such, this security core incorporates standalone ROM, RAM, CPU, RNG, cryptographic acceleration units, counter-measure sensors, one-time programmable memory, etc. [Link 1] |

| Key Features (Claim 14 of US8938799B2) | Product (Qualcomm Secure Processing Unit (SPU) (Snapdragon 845 and 855)) |
|---|---|
| **Claim 14. A security subsystem configurable between a network and a host of an endpoint, the security subsystem comprising computing resources for providing:** | **The Qualcomm SPU is a single-chip hardware module implemented as a sub-chip in the Qualcomm® Snapdragon™ 855 SoC.** From the validation perspective, the Qualcomm SPU is configured as a single chip hardware module.<br><br>**The Qualcomm SPU is an isolated hardware security core implemented in the Qualcomm Snapdragon 855 SoC.** It's functionally similar to discrete smartcard Secure ICs used for high assurance applications such as UICC and data user protection. As such, this security core incorporates standalone ROM, RAM, CPU, RNG, cryptographic acceleration units, countermeasure sensors, one-time programmable memory, etc. The cryptographic capabilities of this core include:<br><br>Source:[Link 1]<br><br>**The Qualcomm Mobile Security suite is built with the Qualcomm Secure Processing Unit (SPU), featuring an added layer of hardware security that safeguards mobile devices with multilevel protection against security threats. The Qualcomm Mobile Security suite also includes** revolutionary biometric security and **real-time malware detection.**<br><br>Source:[Link 3] |

| Key Features (Claim 14 of US8938799B2) | Product (Qualcomm Secure Processing Unit (SPU) (Snapdragon 845 and 855)) |
|---|---|
|  | *The evidence discloses that Qualcomm's Secure Processing Unit (SPU), which is an subsystem, is implemented on the Snapdragon System-on-Chip (SoC), serving as an endpoint. The SPU incorporates the Qualcomm Mobile Security suite, enabling real-time malware detection.* |
| **14.1 an open platform for receiving and executing security function software modules from multiple vendors for providing defense functions for protection of the host.** | **The Qualcomm Mobile Security suite is built with the Qualcomm Secure Processing Unit (SPU),** featuring an added layer of hardware security that safeguards mobile devices **with multilevel protection against security threats**. **The Qualcomm Mobile Security suite also includes** revolutionary biometric security and **real-time malware detection.**<br><br>**Qualcomm Malware Protection**<br><br>Qualcomm® Malware Protection uses real-time, machine learning-based malware detection, as well as hardware-based security features to better protect data on your device against attacks.<br><br>**Source:**[Link 3]<br><br>**Qualcomm Mobile Security Suite**<br><br>The Qualcomm® Mobile Security suite, built upon the strength of the Qualcomm® Snapdragon™ security platform, is designed to safeguard the entire device from mobile security threats. The Mobile Security framework is engineered to provide multilevel security by combining a hardware-level solution with next-generation software for robust biometrics security. The newest Mobile Security components include secure camera, secure token and Qualcomm® Snapdragon™ Smart Protect for our latest mobile security measures.<br><br>**Source:**[Link 4] |

| Key Features (Claim 14 of US8938799B2) | Product (Qualcomm Secure Processing Unit (SPU) (Snapdragon 845 and 855)) |
|---|---|
| | **Security-rich hardware-based device attestation.**<br><br>Standard user-based authentication isn't enough to truly keep smart phones safe. Continuing our legacy of security-rich solutions, secure token is designed to provide authentication for a security-focused, hardware-based validation process. This process can provide next-generation authentication for banking, payments and enterprise, with encryption for comprehensive confidentiality. So whether transferring money for an online auction or using the phone to buy a daily cup of coffee, users can confidently use the device for mobile transactions.<br><br>**Authentication with Secure Token**<br><br>User authenticates device — Password + Biometrics<br>Device authenticates to backend — Hardware token<br>Device signals to risk engine — System integrity + unique device identifiers → Server<br><br>**Source:** [Link 4]<br><br>**Secure processing is important in many areas, including authentication of software to ensure it is an authorized**, trusted software image, as well as important key management used by many software systems including Android2.<br><br>**As mentioned by Qualcomm3, there are many capabilities for secure processing. These can include using the above dedicated hardware for authentication of operational software to enable confidence in numerous security-critical applications, including financial transaction validation.**<br><br>**The SPU on Snapdragon 845 and Snapdragon 855 SoC's incorporates a secure hardware subsystem that is independent but yet integrated with the system-on-chip (SoC).** This reduces the cost associated with a discrete secure element (SE) component and extends security capabilities beyond the already available traditional Trustzone and Qualcomm Secure Execution Environments. **Flexible key storage in hardware-backed (Trustzone or SPU) options enables solutions supporting public and private key generation, management, signing, and verification.**<br><br>**Source:** [Link 2] |

| Key Features (Claim 14 of US8938799B2) | Product (Qualcomm Secure Processing Unit (SPU) (Snapdragon 845 and 855)) |
|---|---|
| | **The users of the Qualcomm SPU are the applications on the chip**. Each application is signed by a unique RSA private key. Its signature is verified at the installation time as well as boot time. **The application specific public key certificate is signed by an intermediate certificate which is in turn signed by the root private key stored on the device (3-level certificate chain), or the perapplication certificate is directly signed by the root private key (2-level certificate). If the RSA signature verification succeeds, then the image is authenticated and hence can be loaded and executed on the Snapdragon 855 SoC.**  **Source**:[Link 1]  *Qualcomm Secure Processing Unit (SPU) encompasses the Qualcomm Mobile Security suite, which delivers multifunctional security measures (Application Filtering, Cryptography; i.e., Defense Functions) and (Vulnerability Scanning, Password Management; i.e., Immunization Functions). These include real-time malware detection through machine learning, as well as hardware-based security features that safeguard device data from potential attacks. Additionally, it provides authentication for operational software used in various security-critical applications.*  *Consequently, the evidence indicates that multiple security functions are consolidated or integrated within a single system.* |