IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SPEECH TRANSCRIPTION, LLC, | § |
| *Plaintiff*, | § |
| v. | § |
| QUALCOMM, INC., | § CIVIL ACTION NO. 2:23-CV-00516-JRG |
| *Defendant*. | § |

**ORDER**

Before the Court is the Notice of Dismissal with Prejudice (the "Notice") filed by Plaintiff Speech Transcription, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 3.) In the Stipulation, Plaintiff dismisses all claims in the above captioned case with prejudice. (*Id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Nov 13, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE